UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**FILED**

MAY 26 2009

IVY D. MAGDALENO                                           CV # 07-1791-KI

    Plaintiff,

vs.

**MICHAEL J. ASTRUE,**                                     ORDER FOR EAJA FEES
**COMMISSIONER of Social Security,**

    Defendant.

_____

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the

amount of **$5084.42**, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, and no costs

or expenses, shall be awarded to Plaintiff; made payable to and mailed to Plaintiff's attorney, as

follows:

Linda Ziskin
PO Box 2237
Lake Oswego, OR 97035

DATED this _26_ day of May, 2009.

_____
HON. GARR KING
UNITED STATES DISTRICT JUDGE

Presented by:

/s/__Linda Ziskin_
**LINDA ZISKIN, OSB # 01106**
(503) 889-0472
 Of Attorneys for Plaintiff